# BRADLEY LAW FIRM
## A PROFESSIONAL CORPORATION

MICHAEL D. BRADLEY
ATTORNEY AND COUNSELOR AT LAW

2 PARK AVENUE, 20TH FLOOR
NEW YORK, NY 10016
(212) 235-2089
FAX: (212) 878-8819
MBRADLEY@BRADLEYLAWFIRMPC.COM

May 7, 2024

**By ECF**
Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   United States v. Demetrius Frazier
      24 Cr. 29 (JMF)

Dear Judge Furman:

I represent Demetrius Frazier in the above-referenced matter. He is currently scheduled to be sentenced on May 23, 2024. I write to respectfully request a short extension to file our sentencing submission, from May 9 to May 13, 2024. An extension would provide sufficient time to obtain additional records for the Court's consideration at sentencing. This is the first request for an extension of time, and we do not seek an adjournment of the sentencing date. Because the assigned assistant US Attorney is currently on leave, I am unable to ascertain the government's position, though I would not anticipate an objection to this request. Accordingly, it is respectfully requested that the date for defense sentencing submission be extended to May 13, 2024. We greatly appreciate the Court's time and consideration of this matter.

Respectfully submitted,

Michael D. Bradley, Esq.
Counsel for Mr. Frazier

cc:   AUSA Jaclyn Delligatti (*via ECF*)

Application GRANTED.  The Government shall file its sentencing submission by May 17, 2024.  The Clerk of Court is directed to terminate Docket No. 41.

SO ORDERED.

May 8, 2024